UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. CR 21-52-04JJM |
| | ) | |
| Michaela Farias | ) | |

## MOTION TO TRAVEL

Now comes the defendant, Michaela Farias and moves this Honorable Court for permission to travel to the State of Florida for the purpose of being with immediate family. The defendant will be travel out from March 10, 2022 and leaving Florida on March 20, 2022. Defendant will be driving back to Rhode Island with her family.

Counsel has discussed this matter with AUSA Ly T. Chin, and she has consented to this motion without objection.

WHEREFORE, the Defendant prays for permission to travel as described above.

Respectfully Submitted
By, and through her Counsel

/s/ Kevin B. Salvaggio
177 North Main Street
Providence, RI 02903

I hereby certify that, on the 9th day of March 2022:

This document was electronically served, is available for viewing and/or downloading from pacer and cm/ecf Electronic Filing System.

/s/ Kevin B. Salvaggio