# CHIEF JUDGE JOHN J. McCONNELL, JR.
# U.S. District Court for the District of Rhode Island

## CALENDAR CALL (via Zoom)
April 19th, 2021 (for the MAY 2022 TRIAL CALENDAR)

### CRIMINAL CASES

**CR18-26-JJM-PAS**         **USA v. RICHARD ALLEN**
*Money Laundering Conspiracy*

**CR19-124-JJM-PAS**        **USA v. SAMANTHA YORK**
Sexual Exploitation of a Minor

**CR20-43-01JJM-PAS**       **USA v. TAO JIANG**
**CR20-43-03JJM-PAS**       **USA v. BROAD TECH SYSTEM, INC.**
*Conspiracy to Defraud the United States*

**CR20-61-02-JJM-PAS**      **USA v. DOTUN OLAWALE ALONGE**
*Money Laundering Conspiracy*

**CR21-31-JJM-LDA**         **USA v. YOBANNY CONTRERAS**
*Possession w/Intent to Distr. 500 Grams or More of Cocaine*

**CR21-49-JJM-LDA**         **USA v. AGUSTIN VINAS**
*Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire*

**CR21-52-02-JJM-PAS**      **USA v. JOHANNA ARIAS**
**CR21-52-03-JJM-PAS**      **USA v. JORDAN ROBERTSON**
**CR21-52-04-JJM-PAS**      **USA v. MACHAELA FARIAS**
*Conspiracy to Commit Bank Fraud*

**CR21-53-01-JJM-PAS**      **USA v. RICHARD KOBOI**
**CR21-53-02-JJM-PAS**      **USA v. MAXIMILLAN MWAH**
**CR21-53-03-JJM-PAS**      **USA v. JUNIOR RICHARDS**
**CR21-53-04-JJM-PAS**      **USA v. GODGIFT ROSLER**
**CR21-53-05-JJM-PAS**      **USA v. DARREN MAENZA**
**CR21-53-06-JJM-PAS**      **USA v. SAVONNAH BRIGGS**
**CR21-53-07-JJM-PAS**      **USA v. ISHA-LEE SAVAGE**
*Conspiracy to Commit Bank Fraud*

| | |
|---|---|
| **CR21-62-01-JJM-PAS** | **USA v. EDGAR MEDINA** |
| **CR21-62-02-JJM-PAS** | **USA v. ALIJAH PARSONS** |
| **CR21-62-03-JJM-PAS** | **USA v. ANDRES GARAY** |
| **CR21-62-04-JJM-PAS** | **USA v. IRVING MEDINA** |
| **CR21-62-05-JJM-PAS** | **USA v. RONALD HALL** |
| | *Conspiracy to Possess w/Intent to Distribute Cocaine* |
| | |
| **CR21-83-01-JJM-PAS** | **USA v. ROBERT EVANS** |
| | *Possession w/Intent to Distribute Cocaine Base* |
| | |
| **CR21-96-JJM-LDA** | **USA V. MICHAEL MORAN-LAMB** |
| | *Wire Fraud* |
| | |
| **CR21-111-01-JJM-PAS** | **USA v. DAVID WORSTER** |
| **CR21-111-02-JJM-PAS** | **USA v. ALEXZANDRIA CARL** |
| | *Unlawful Importation of Firearm; Marijuana User in Poss. of Firearm and Ammunition* |
| | |
| **CR21-112-JJM-PAS** | **USA v. FELIX SANTOS** |
| | *Possession w/Intent to Distribute 400 Grams or More of Fentanyl* |

## **CIVIL CASES (JURY)**

| | |
|---|---|
| **CA19-287-JJM-LDA** | **LISA CARVALHO v. SANTANDER BANK, N.A., et al.** |
| | *Civil Rights: Job Discrimination (Employment)* |
| | |
| **CA19-423-JJM-LDA** | **LAURA PEREZ v. FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.** |
| | *Contract* |
| | |
| **CA19-548-JJM-PAS** | **LARRY HARRIS v. CITY OF PROVIDENCE** |
| | *Civil Rights: Job Discrimination* |
| | |
| **CA20-270-JJM-PAS** | **CAROL GOMES v. STEERE HOUSE** |
| | *Family Medical Leave Act* |
| | |
| **CA20-423-JJM-PAS** | **NICOLE SCHARA v. TLIC WORLDWIDE, INC.** |
| | *Civil Rights: Employment Discrimination* |
| | |
| **CA21-165-JJM-LDA** | **JAMES SILBERMAN v. LYNNE PRODGER, CITY OF WARWICK, et al.** |
| | *Civil Rights Act* |

**CIVIL CASE (NON-JURY)**
*none*

# NOTICE

You are hereby notified that the above-captioned cases are on the APRIL 2022 TRIAL CALENDAR, to be tried in an order to-be-determined by the Court. The calendar will be called on **Tuesday April 19th, 2022 at 3:30 PM via Zoom** (invitation and information below). Jury Empanelments will be scheduled on a date and time to-be-determined, but no sooner than **May 2nd, 2022 at 9:30 AM.**

Every effort will be made to provide a date certain for trial at the calendar call, however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

A Final Pretrial Conference will be scheduled prior to trial.

John J. McConnell, Jr.
Chief United States District Judge
Date: April 7th, 2021

## ZOOM INVITATION AND INFORMATION (on following page::)

Jack McConnell is inviting you to a scheduled ZoomGov meeting.

**Topic: CHAMBERS CONF: CALENDAR CALL for MAY 2022 Trial Matters**
**Time: Apr 19, 2022 03:30 PM Eastern Time (US and Canada)**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1608224230

**Meeting ID: 160 822 4230**
**Passcode: 890203**

One tap mobile
+16692545252,,1608224230#,,,,*890203# US (San Jose)

+16468287666,,1608224230#,,,,*890203# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    833 568 8864 US Toll-free
Meeting ID: 160 822 4230
Passcode: 890203
Find your local number: https://www.zoomgov.com/u/abYuVuzQg

Join by SIP
1608224230@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 822 4230
Passcode: 890203